NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| TERRANCE BERNARD GRAHAM, DOC #Y37057, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D16-4155 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) ) | |

Opinion filed May 2, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Howard L. Dimmig, II, Public Defender, and
J. L. LeGrande, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.